**UNITED STATES BANKRUPTCY COURT
DISTRICT OF TENNESSEE
KNOXVILLE DIVISION**

| | | |
|---|---|---|
| In re: Brandy Christine Spencer | § | Case No. 19-32108-SHB |
| Patricia Ann Spencer | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Gwendolyn M. Kerney, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 07/02/2019.

2) The plan was confirmed on 09/16/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was completed on 12/19/2019.

6) Number of months from filing or conversion to last payment: 5.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,208.03.

10) Amount of unsecured claims discharged without full payment: $44,847.70.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 68,082.14 | |
| Less amount refunded to debtor(s) | $ 34,531.39 | |
| **NET RECEIPTS** | | $ 33,550.75 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,000.00 |
| Court Costs | $ 310.00 |
| Trustee Expenses & Compensation | $ 1,574.54 |
| Other | $ 0.00 |

**TOTAL EXPENSES OF ADMINISTRATION**   $ 4,884.54

Attorney fees paid and disclosed by debtor(s):   $ 500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| Kimberly Cambron | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,000.00 | 0.00 |
| Clerk of the Court | Adm | 310.00 | 310.00 | 310.00 | 310.00 | 0.00 |
| AFFIRM INC | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ACCOUNTS | Uns | 539.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA N | Uns | 468.00 | NA | NA | 0.00 | 0.00 |
| CBC LLC | Uns | 91.00 | NA | NA | 0.00 | 0.00 |
| CBC LLC | Uns | 178.00 | NA | NA | 0.00 | 0.00 |
| CBC LLC | Uns | 104.00 | NA | NA | 0.00 | 0.00 |
| CCS/FIRST NATIONAL BAN | Uns | 643.00 | NA | NA | 0.00 | 0.00 |
| DBA PARAGON REVENUE GR | Uns | 627.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS REGIONAL MEDICAL | Uns | 1,458.00 | 2,975.83 | 2,975.83 | 2,975.83 | 0.00 |
| DBA PARAGON REVENUE GR | Uns | 264.00 | NA | NA | 0.00 | 0.00 |
| DBA PARAGON REVENUE GR | Uns | 136.00 | NA | NA | 0.00 | 0.00 |
| Navient Solutions, LLC on behalf of | Uns | 2,321.00 | 2,941.33 | 2,941.33 | 2,941.33 | 0.00 |
| DEPT OF ED/NAVIENT | Uns | 620.00 | NA | NA | 0.00 | 0.00 |
| DPT ED/NAV | Uns | 2,321.00 | NA | NA | 0.00 | 0.00 |
| DPT ED/NAV | Uns | 620.00 | NA | NA | 0.00 | 0.00 |
| FIN ACCTS SV | Uns | 188.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FIN ACCTS SV | Uns | 401.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC | Uns | 1,183.00 | 1,183.74 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC | Uns | 949.00 | 949.85 | 949.85 | 949.85 | 0.00 |
| PREMIER BANKCARD, LLC | Uns | 669.00 | 669.83 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC | Uns | 775.00 | 775.90 | 775.90 | 775.90 | 0.00 |
| I C SYSTEM INC | Uns | 1,014.00 | NA | NA | 0.00 | 0.00 |
| I C SYSTEM INC | Uns | 218.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems, LLC | Uns | 2,610.21 | 2,800.71 | 2,800.71 | 2,800.71 | 0.00 |
| CAPITAL ONE, N.A. | Uns | 1,070.00 | 1,070.75 | 1,070.75 | 1,070.75 | 0.00 |
| CAPITAL ONE, N.A. | Uns | 601.00 | 601.11 | 601.11 | 601.11 | 0.00 |
| LENDUP CARD SERVICES I | Uns | 740.00 | NA | NA | 0.00 | 0.00 |
| LENDUP/TAB BANK | Uns | 520.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,053.00 | 1,152.26 | 1,152.26 | 1,152.26 | 0.00 |
| MERRICK BANK CORP | Uns | 2,052.00 | NA | NA | 0.00 | 0.00 |
| METRO KNOXVILLE HMA, LLC | Uns | 2,669.01 | 1,845.51 | 1,845.51 | 1,845.51 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 934.00 | 934.24 | 934.24 | 934.24 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 1,039.00 | 1,039.03 | 1,039.03 | 1,039.03 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 1,215.00 | 1,215.23 | 1,215.23 | 1,215.23 | 0.00 |
| OPTIMA RECOVERY SERVIC | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| OPTIMA RECOVERY SERVIC | Uns | 165.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN ANESTHESIOLOGY OF | Uns | 268.00 | 434.39 | 434.39 | 434.39 | 0.00 |
| TENNESSEE EYE CARE | Uns | 271.00 | 271.89 | 271.89 | 271.89 | 0.00 |
| OPTIMA RECOVERY SERVIC | Uns | 384.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO | Uns | 946.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 998.00 | 997.72 | 997.72 | 997.72 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 887.00 | 886.67 | 886.67 | 886.67 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 584.00 | 453.69 | 453.69 | 453.69 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 946.00 | 908.45 | 908.45 | 908.45 | 0.00 |
| PORTFOLIO RECOV ASSOC | Uns | 998.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 584.00 | 584.04 | 584.04 | 584.04 | 0.00 |
| PORTFOLIO RECOV ASSOC | Uns | 887.00 | NA | NA | 0.00 | 0.00 |
| REVENUE RECOVERY | Uns | 6,009.70 | NA | NA | 0.00 | 0.00 |
| SYNCB/WALM | Uns | 491.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA NA | Uns | 610.00 | 610.21 | 610.21 | 610.21 | 0.00 |
| TD BANK USA NA | Uns | 1,164.00 | 1,164.25 | 1,164.25 | 1,164.25 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VERIZON WIRELESS | Uns | 1,697.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 164.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 378.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 364.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 293.00 | NA | NA | 0.00 | 0.00 |
| EAST TN CHILDRENS HOSPITAL | Uns | 411.00 | 418.99 | 418.99 | 418.99 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 268.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 476.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 530.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 262.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 255.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 239.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 584.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 217.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 215.00 | NA | NA | 0.00 | 0.00 |
| Hospital Medicine Services of TN, PC | Uns | 213.00 | 213.95 | 213.95 | 213.95 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 211.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 195.00 | NA | NA | 0.00 | 0.00 |
| Roane Medical Center | Uns | 614.00 | 614.70 | 614.70 | 614.70 | 0.00 |
| SOUTHEASTERN EMERGENCY | Uns | 182.00 | 181.29 | 181.29 | 181.29 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 699.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 171.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 169.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 726.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 407.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 156.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 755.00 | NA | NA | 0.00 | 0.00 |
| ORTHOTENNESSEE/KOC | Uns | 125.00 | 125.36 | 125.36 | 125.36 | 0.00 |
| ORTHOTENNESSEE/KOC | Uns | 115.00 | 45.00 | 45.00 | 45.00 | 0.00 |
| Emergency Coverage Corporation | Uns | 114.00 | 117.18 | 117.18 | 117.18 | 0.00 |
| Emergency Coverage Corporation | Uns | 109.00 | 116.13 | 116.13 | 116.13 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 105.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 766.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 102.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 95.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WAKEFIELD & ASSOCIATES | Uns | 780.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 786.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 78.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 74.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 73.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 72.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 787.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 67.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 58.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 1,061.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 1,152.00 | NA | NA | 0.00 | 0.00 |
| WAKEFIELD & ASSOCIATES | Uns | 7,413.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AS AGENT | Uns | 0.00 | 825.09 | 825.09 | 825.09 | 0.00 |
| Tea Olive, LLC | Uns | 0.00 | 619.17 | 619.17 | 619.17 | 0.00 |
| Atlas Acquistions LLC assignee of The | Uns | 0.00 | 610.69 | 610.69 | 610.69 | 0.00 |
| HOSPITAL MEDICINE SERVICES OF | Uns | 0.00 | 165.60 | 165.60 | 165.60 | 0.00 |
| Navient Solutions, LLC on behalf of | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 28,666.21 | $ 28,666.21 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 4,884.54 | |
| Disbursements to Creditors | $ 28,666.21 | |
| **TOTAL DISBURSEMENTS:** | | $ 33,550.75 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  04/06/2020              By:  s/ Gwendolyn M. Kerney
                                         Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)